UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:17-CR-00070(1)-DAE |
| (1) Rosendo Hilario Rodriguez-Espino | § | |

ORDER VACATING & CANCELLING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for JURY SELECTION/TRIAL on Monday, September, 09, 2019 at 09:30 AM is hereby **CANCELLED**. The ORDER [dkt no 515] entered on August 8, 2019 is hereby **VACATED.**

IT IS SO ORDERED.

DATED: San Antonio, Texas September 06, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE